PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Larry Hill                               Cr.: 03-188

Name of Sentencing Judicial Officer: Then Honorable William H. Walls, U.S.D.J.

Date of Original Sentence: 02/10/03

Original Offense: Unlawful transport or possession of firearms by a felon.

Original Sentence: 60 months followed by 3 years supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: 04/06/07

Assistant U.S. Attorney: Richard E. Constable      Defense Attorney: Stacey Biancomano, AFPD

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On September 15, 2007, Hill, along with co-conspirators Charles Reese and Ibn Muhammad, was in possession of 43 zip lock baggies containing cocaine, 6 red topped vials containing cocaine; and 90 glassine envelopes containing heroin. On the afore-mentioned date, Hill was conspiring with Charles Reese and Ibn Muhammad to distribute the cocaine and heroin. |
| 2 | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |
| | On September 15, 2007, Hill associated with convicted felons, Charles Reese and Ibn Muhammad without the permission of the probation office. Additionally, at the time of the offender's association with Reese and Muhammad, they were engaged in criminal activity by being in possession of and distributing heron and cocaine. |

PROB 12C - Page 2
Larry Hill

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 09/18/07

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: 30 Oct 07
[ ] No Action
[ ] Other

Signature of Judicial Officer

11 Oct 07
Date