UNITED STATES DISTRICT COUT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LARRY HILL,<br><br>            Defendant. | Crim. No.: 03-188(WHW)<br><br>**ORDER FOR TERMINATION<br>OF SUPERVISION** |

**THIS MATTER** having come before the Court on the application of defendant Larry Hill (by Stacy Ann Biancamano, Esq., Arleo, Donohue & Biancamano, L.L.C.) for an Order seeking termination of his supervised term, and the United States (Nancy Hoppock, Chief of Criminal Division, United States Attorney's Office) and United States Probation (by Paul Chioniski, United States Probation Officer) consenting to same, and the Court having considered the request; and for good cause shown;

**IT IS** on this __16__ day of __July__, 2010;

**ORDERED** that Mr. Hill's period of supervision is immediately terminated.

_____
Honorable William H. Walls
United States District Judge

# ARLEO, DONOHUE & BIANCAMANO, L.L.C.
## ATTORNEYS AT LAW

Frank P. Arleo
Timothy M. Donohue
Stacy Ann Biancamano

Of Counsel:
Jo Ann K. Dobransky

622 Eagle Rock Avenue
West Orange, NJ 07052
Telephone: (973) 736-8660
Fax: (973) 736-1712

July 15, 2010

Honorable William H. Walls, U.S.D.J.
United States District Court
M.L. King, Jr. Federal Bldg. & Cthse.
50 Walnut Street - Room 4046
Newark, NJ 07102

Re:  **U.S. v. Larry Hill**
     **Crim. No.: 03-188 (WHW)**

Dear Judge Walls:

Enclosed please find a proposed Consent Order terminating Mr. Hill's supervised release. Mr. Hill was sentenced by Your Honor on February 10, 2004 to a term of 60 months plus three years supervised release. His supervision commenced on April 6, 2007 and was due to expire on April 6, 2010.

On October 26, 2007, the United States Probation Office petitioned the Court for a violation of Mr. Hill's supervision based upon an arrest that occurred on September 15, 2007 in Essex County. The parties all appeared before Your Honor on October 3, 2007 and the Court agreed to postpone any hearing on said violation until Mr. Hill's case was resolved. Ultimately, after three years, the State case was disposed of with a three-year period of probation. In that time, Mr. Hill has been compliant with all the terms and conditions of his supervised release. In fact, Mr. Hill's court mandated period of supervision expired (but for the pending violation) in April of this year. Having discussed these issues with all the parties concerned, we are in agreement that since Mr. Hill will have three years of supervision at the State level, it is in the interest of justice to allow his federal supervision to be terminated.

Respectfully,

*Stacy Ann Biancamano*
Stacy Ann Biancamano

SAB:hm
Enclosure
cc:  Nancy Hoppock, Chief, Criminal Division (w/enc.) – via fax
     Paul Chioniski, USPO (w/enc.) – via fax
     Larry Hill (w/enc.)